1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  Richard Ewenstein (CABN 294649)
   Assistant United States Attorney
5
       450 Golden Gate Avenue
6      San Francisco, California 94102-3495
       Telephone: (415) 436-6842
7      FAX: (415) 436-7234
       Richard.Ewenstein@usdoj.gov
8
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 19-CR-487 SI |
| Plaintiff, | [~~Proposed~~] **DETENTION ORDER** |
| v. | |
| JIMMY C. MULLINS, | |
| Defendant. | |

On September 26, 2019, the United States charged defendant Jimmy C. Mullins by indictment with being a felon in possession of a firearm and ammunition in violation of 18 U.S.C. § 922(g)(1). This matter came before the Court for a detention hearing on November 21, 2019. The defendant was present and represented by Assistant Federal Public Defender Ellen Leonida. Assistant United States Attorney Richard Ewenstein appeared for the Government.

The Government moved for detention on the basis that no condition or combination of conditions of release would reasonably assure the defendant's appearance or the safety of the community in light of the defendant's criminal history and conduct while on prior supervision. The defense opposed detention and proposed the defendant's release with sureties. Pretrial Services recommended detention on the basis that no condition or combination of conditions of release would reasonably assure the defendant's

appearance or the safety of the community.

Upon consideration of all of the facts and proffers presented at the hearing, including the information contained in the Pretrial Services report, the Court finds by a preponderance of the evidence that no condition or combination of conditions will reasonably the defendant's appearance. Accordingly, the defendant must be detained pending trial in this matter.

This Order supplements the Court's findings at the detention hearing and serves as written findings of fact and statement of reasons as required by Title 18, United States Code, Section 3142(i). The Bail Reform Act of 1984 sets forth the factors the Court must consider in determining whether pretrial detention is warranted. In coming to its decision, the Court has considered those factors, paraphrased below:

(1) the nature and seriousness of the offense charged;

(2) the weight of the evidence against the person;

(3) the history and characteristics of the person including, among other considerations, employment, past conduct and criminal history, and record of court appearances; and

(4) the nature and seriousness of the danger to any person or the community that would be posed by the person's release.

18 U.S.C. § 3142(g).

Given the nature of the crime alleged, as well as the history and characteristics of the defendant, the Court determines that, on the record before it, there is no condition or combination of conditions of release that can reasonably assure the defendant's appearance. In particular, the Court notes that the defendant violated the terms of his supervised release and absconded from the supervision of his federal probation officer following a prior federal felony conviction.

Accordingly, pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

1. The defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility;

2. The defendant be afforded reasonable opportunity for private consultation with counsel; and

3. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant

to an authorized United States Marshal for the purpose of any appearance in connection with a court proceeding.

This Order is without prejudice to reconsideration at a later date if circumstances change.

IT IS SO ORDERED.

DATED: November 25, 2019

_____
HONORABLE SALLIE KIM
United States Magistrate Judge